Wayne M. LAFITTE, Plaintiff–
Appellant,

v.

ALLSTATE INSURANCE COMPANY,
Defendant–Appellee,

Brad Rankin, et al., Defendants.

No. 08–15454
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 8, 2009.

Michael A. Wing, Mobile, AL, for Appellant.

Ashley Sheehan Swink, Huntsville, AL, for Appellee.

Before BIRCH, HULL, and HILL, Circuit Judges.

PER CURIAM:

We have thoroughly reviewed the record in this case, including the order of the district court, the briefs, and the arguments of counsel contained therein. Finding no reversible error, we affirm the judgment of the district court.

AFFIRMED.